**Order entered November 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01333-CR
No. 05-14-01334-CR
No. 05-14-01335-CR
No. 05-14-01336-CR
No. 05-14-01337-CR

**NICHOLAS AMOS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-31502-U, F13-31526-U, F13-41904-U,**
**F14-40593-U, F14-40594-U**

## ORDER

The reporter's record has not been filed in these appeals. Appellant's brief, however, cites to the reporter's record, so it appears the record has been prepared. Accordingly, we **ORDER** court reporter Peri Wood to file the reporter's record in these appeals within **FIFTEEN DAYS** of the date of this order.

We **ORDER** the appellant's briefs filed as of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Peri Wood, official court reporter, 291st Judicial District Court, and to counsel for all parties.

/s/     LANA MYERS
        JUSTICE